AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
At Albuquerque NM
JUL 20 2016
MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| United States of America<br>v.<br>ARCHULETA WPL<br>Steven (Stevie) ~~Arculeta~~ (YOB: 1990)<br>SSN-xxx-xx-4211<br><br>*Defendant(s)* | )<br>)<br>)   Case No. 16-MJ-2950<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 17, 2016__ in the county of __Taos__ in the
State and District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1153, 113(a)(6) & 113(a)(3) and 924(c) | On Sunday July 17, 2016 the defendant, an Indian, commited an Assault which Resulted in Serious Bodily Injury and Assault with a Dangerous Weapon to wit: a firearm to the person of John Doe, a non Indian, while in Indian Country, during the commision of a crime of violence in violation of Title 18 USC 1153, 113(a)(6) 113(a)(3) and 924(c) |

This criminal complaint is based on these facts:
See the attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Peter Lahi, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/20/16

City and state: Albuquerque, NM

_____
William P. Lynch
*Judge's signature*

U.S. MAGISTRATE JUDGE
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA )
)
VS. )
) Case No:_____
)

STEVEN "STEVIE" ARCHULETA (YOB: 1990)

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. I am a Special Agent (SA) with the Bureau of Indian Affairs (BIA) assigned to the Northern Pueblos Agency, Ohkay Owingeh, New Mexico. My duties are to provide law enforcement services to the Eight Northern Indian Pueblos and other Indian Country Entities within the United States. My primary duties are investigating violations of the Major Crimes Act and Crimes under 18 USC 1152 and 1153, which occur on the reservations to which I am assigned. I have twenty years of total law enforcement experience with two different law enforcement entities. I have been with the Bureau of Indian Affairs, Office of Justice Services for seven years. I have completed the Criminal Investigation Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia and the Basic Police Training Program with the United States Indian Police Academy at the Federal Law Enforcement Training Center in Artesia, New Mexico. I have extensive in-service and technical training in different aspects of Law Enforcement. Investigations of Assault with a Dangerous Weapon, Assault Resulting in Serious Bodily Injury and Discharge of a Firearm during a Crime of Violence are some of my responsibilities.

2. Because this affidavit is being submitted for the purpose of establishing support for probable cause that the crime of Assault with a Dangerous Weapon, Assault Resulting in Serious Bodily Injury and Discharge of a Firearm during a Crime of Violence has been committed by Steven "Stevie" Archuleta, I have not included each and every fact known to me concerning this investigation. The information set forth in this affidavit is known to me as a result of my own investigation, or has been communicated to me by other law enforcement officers or agents. I have set forth facts I believe are necessary to establish support for probable cause that the crime of Assault with a Dangerous Weapon, 18 U.S.C 113(a)(3), Assault Resulting in Serious Bodily Injury, 18 U.S.C. 113 (a)(6) and Discharge of a Firearm during a Crime of Violence, 18 U.S.C. 924(c), has been committed by Steven "Stevie" Archuleta for Assault with a Dangerous Weapon, Assault Resulting in Serious Bodily Injury and Discharge of a Firearm during a Crime of Violence, while in Indian Country, 18 U.S.C 1153. As a result of my investigation, I have learned the following:

3. Victim -1 of this investigation has been identified as **JOHN DOE**, a Non-Indian. JOHN DOE has a year of birth of 1995. He will be referred to as JOHN DOE for the remainder of this affidavit.

4. Witness -1 of this investigation has been identified as **JANE DOE**, a Non-Indian female. JANE DOE has a year of birth of 1994. She will be referred to as JANE DOE for the remainder of this affidavit.

5. Suspect-1 is **STEVEN "STEVIE" ARCHULETA**, an Indian male and member of the Picuris Pueblo Indian Tribe. ARCHULETA has a year of birth of 1990 and a Social Security Account number of xxx-xx-4211. He will be referred to as STEVIE for the remainder of this affidavit.

6. Picuris Smokes is a tribally owned and operated business which is located within the Picuris Pueblo land Grant. The location is Indian County within the State and District of New Mexico as defined by federal law.

7. On July 17, 2016, at approximately 4:35p.m. Bureau of Indian Affairs (BIA) Police Officers (PO) Anthony GARCIA, Chasity CORIZ and Donald VIGIL were dispatched to #1378 State Road 75, Penasco, New Mexico, also known as the Picuris Smokes, in regards to a shooting. JOHN DOE was reported to have been shot in the leg with a single bullet exiting to the groin and had numerous shotgun "birdshot" wounds on his back. JOHN DOE was transported to Taos Holy Cross Hospital for his injuries. BIA Police Officers secured the scene along with Taos County Sheriff's Office and the New Mexico State Police.

8. On July 17, 2016 at approximately 5:03 p.m., I was contacted by PO Garcia in regards to the shooting. I responded and arrived on scene at the Picuris Smokes at approximately 6:50 p.m. I was briefed by PO Garcia as to what happened. In addition, I was able to view video surveillance provided by Picuris Smokes.

9. According to the surveillance footage I was able to observe a male subject, approaching a white color Ford Mustang in a hostile manner. The male subject was identified by Picuris Pueblo Official C.Q, who was also present during the viewing. The Picuris Smokes security guard was attempting to deescalate the situation by using his body as a barrier. JOHN DOE remained inside his vehicle and backed up and drove off heading eastbound on State Road 75. While doing so, Stevie picks up a big rock and throws it at the Ford Mustang, striking the back window. John and JANE DOE pulled into the east side of the Picuris Smokes and exited the vehicle and were analyzing the damage to their car when a green sedan pulled up beside them. Stevie got out of a green sedan and was throwing his hands up. Stevie was taunting and "egging on" JOHN DOE. JOHN DOE then produced a hand gun and pointed it directly at Stevie. Stevie then returned to his vehicle and they drove off heading west bound on State Road 75.

10. John and JANE DOE remained parked on the east side of the Picuris Smokes. A short time later, the green sedan drove by firing multiple shots at John and JANE DOE, striking JOHN DOE in the leg, groin, and back. Bullets also struck his vehicle and Picuris Smokes building. The suspect vehicle then turned around and as they drove by fired multiple shots again and headed westbound on State Road 75. JOHN DOE did discharge one (1) round in return, toward the suspect vehicle as he was being fired upon.

11. Innocent bystanders rushed to render aid to JOHN DOE. JOHN DOE made an utterance that Stevie shot him. JOHN and JANE DOE are familiar with Stevie and did identify him as the shoother.

12. Paramedics arrived on scene and transported JOHN DOE to the Taos Holy Cross Hospital and was then airlifted to the University of New Mexico Hospital (UNMH) for his injuries. His injuries consist of a gunshot wound to the leg and exit wound of the groin area. In addition he suffered from a shotgun "birdshot" wounds to the back area.

13. On July 18, 2016, I went to interview JOHN DOE at UNMH however he was incapacitated and was not able to question him.

14. On July 19, 2016, I went to interview JOHN DOE at UNMH. Present during the interview was also JANE DOE. JOHN DOE said he was involved in an altercation with Stevie and another male who JOHN DOE identified as B.A. at the Picuris Smokes. JOHN DOE left the west parking lot where he was parked at and Stevie and Brian threw rocks at his vehicle, striking the back window. JOHN DOE pulled into the east parking lot of Picuris Smokes to assess the damage and call law enforcement. Stevie drove to his location along with Brian and a female driver who he identified as S.A.. Stevie got out of the green sedan and started to taunt JOHN DOE. JOHN DOE said he felt in fear for his life and he produced a handgun and pointed it at Stevie. Stevie got back into the vehicle and they left. A short time later JOHN DOE said JANE DOE told him, "Here they come, here they come". The green sedan drove by and starting shooting at them.

JOHN DOE said he turned to get into the car and he felt the bullet hit his leg. JOHN DOE told JANE DOE, "he was hit", and he tried to open the passenger door for her. JANE DOE said she was outside of the car and she ducked when the shooting started happening. JANE DOE said she saw two people in the backseat of the green sedan and identified Stevie as being one of people shooting at them. JOHN DOE said he had one gunshot wound to the back of his leg, one gunshot wound to the groin and multiple birdshot pellets around his back and the back of his arm.

15. Based on the above mentioned facts, known to me concerning this investigation, I believe probable cause exists for the issuance of an arrest warrant for the crime of Assault with a Dangerous Weapon, Assault Resulting in Serious Bodily Injury and Discharge of a Firearm during a Crime of Violence was committed by Steven "Stevie" Archuleta, an Indian, to the person of JOHN DOE, a Non-Indian while in Indian Country in violation of Title 18, United States Code Section 1153, 113(a)(3), (a)(6) and 924(c). I further believe probable cause exists for the issuance of an arrest warrant for the crime of Assault with a Dangerous Weapon, and Discharge of a Firearm during a Crime of Violence was committed by Steven "Stevie" Archuleta, an Indian, to the person of JANE DOE, a Non-Indian while in Indian Country in violation of Title 18, United States Code Section 1153, 113(a)(6), and 9249(c).

I swear this information is the truth to the best of my knowledge and belief.

_____
Peter D. Lahi
Special Agent
BIA/OJS Northern Pueblos Agency

Subscribed and sworn to before me
This 20th Day of July 2016

_____
United States Magistrate Judge